UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07TP14006-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),
vs.

DAVID HENRY SHERWOOD
#46466-004

      Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Petition for Violation of supervised Release, issued May 5, 2008 [16]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. Defendant is found to have violated his supervised release with respect to Violations Number 1 and 2.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of May, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All counsel and pro se parties of record